# EXHIBIT A

**Invoice Itemization for Amounts Owed by Defendant**

Case 25-50452-KBO    Doc 1-1    Filed 03/25/25    Page 1 of 2

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Medtech Products Inc**

| Customer No. | Customer Name | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|---|
| 301195 | MEDTECH PRODUCTS INC | 4263203 | 2/2/2023 | 3/19/2023 | $ 63,528.24 | $ 63,528.24 |
| 301195 | MEDTECH PRODUCTS INC | 4263615 | 2/3/2023 | 3/20/2023 | $ 95,916.48 | $ 95,916.48 |
| 301195 | MEDTECH PRODUCTS INC | 4263616 | 2/3/2023 | 3/20/2023 | $ 63,207.12 | $ 63,207.12 |
| 301195 | MEDTECH PRODUCTS INC | 4265201 | 2/6/2023 | 3/23/2023 | $ 41,620.80 | $ 41,620.80 |
| | | | | **Totals:** | **$ 264,272.64** | **$ 264,272.64** |